U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN - 7 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **LEON HOUSTON** | * | **CIVIL ACTION NO. 09-2158** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's suit be, and it is hereby DISMISSED.

THUS DONE AND SIGNED this 7th day of June 2010 in Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE